UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HERNANDEZ, EMIGDIO | § | Case No. 10-04300 |
| HERNANDEZ, EVA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-04300   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | HERNANDEZ, EMIGDIO | Date Filed (f) or Converted (c): | 02/04/10 (f) |
|  | HERNANDEZ, EVA | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending: | 03/26/12 | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate -271 Melody Ln., Carpentersville, IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account Amcore Bank | 350.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account National City Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account National City Bank | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 5. miscellaneous household furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. miscellaneous gold jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Selee Corporation Employee's 401K Plan | 48,069.00 | 0.00 | DA | 0.00 | FA |
| 9. estimated 2009 tax refund | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Personal injury claim - August 25, 2009 | 100,000.00 | 85,000.00 |  | 99,000.00 | FA |
| 11. 2006 Toyota Sienna - 57,000 miles | 10,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 0.67 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $316,419.00 | $85,000.00 | $99,000.67 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/15/12     Current Projected Date of Final Report (TFR): 05/15/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                           Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 10-04300 -RG |
| Case Name: | HERNANDEZ, EMIGDIO |
| | HERNANDEZ, EVA |
| Taxpayer ID No: | *******3091 |
| For Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5565  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/11 | 10 | State Farm Mutual Automobile Insurance Co. | PI settlement proceeds DEPOSIT CHECK #360315 J | 1129-000 | 99,000.00 | | 99,000.00 |
| 12/21/11 | 001001 | Loren Golden | payment of attorney fees per Court order of 12/1/2011 | 3210-000 | | 33,000.00 | 66,000.00 |
| 12/21/11 | 001002 | Loren Golden | payment of litigation expenses per Court order of 12/1/2011 | 3220-000 | | 827.17 | 65,172.83 |
| 12/22/11 | 001003 | Eva Hernandez  271 Melody Lane  Carpentersville, IL  60110 | payment of personal injury exemption | 8100-002 | | 15,000.00 | 50,172.83 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 50,173.18 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 50,173.50 |
| 01/25/12 | | Transfer to Acct #*******4505 | Bank Funds Transfer | 9999-000 | | 50,173.50 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 99,000.67 | 99,000.67 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 50,173.50 | |
| Subtotal | 99,000.67 | 48,827.17 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 99,000.67 | 33,827.17 | |

Page Subtotals   99,000.67   99,000.67

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*
LFORM24

Ver: 16.05c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-04300 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | HERNANDEZ, EMIGDIO | Bank Name: | Congressional Bank |
| | HERNANDEZ, EVA | Account Number / CD #: | *******4505 Checking Account |
| Taxpayer ID No: | *******3091 | | |
| For Period Ending: | 03/26/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 50,173.50 | | 50,173.50 |
| 03/10/12 | 001001 | Sherman Hospital | payment of medical lien | 4210-000 | | 401.81 | 49,771.69 |
| 03/10/12 | 001002 | Advanced Medical & Wellness | | 4210-000 | | 5,375.23 | 44,396.46 |
| 03/10/12 | 001003 | Assoc. in Orthopedic Surgery | | 4210-000 | | 560.23 | 43,836.23 |
| 03/10/12 | 001004 | Selee Corporation | | 4210-000 | | 22,116.76 | 21,719.47 |
| 03/10/12 | 001005 | American Family Insurance Group | | 4210-000 | | 3,333.33 | 18,386.14 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,173.50 | 31,787.36 | 18,386.14 |
| Less: Bank Transfers/CD's | 50,173.50 | 0.00 | |
| Subtotal | 0.00 | 31,787.36 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 31,787.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5565 | 99,000.67 | 33,827.17 | 0.00 |
| Checking Account - ********4505 | 0.00 | 31,787.36 | 18,386.14 |
| | 99,000.67 | 65,614.53 | 18,386.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  50,173.50  31,787.36

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 26, 2012 |

Case Number:   10-04300  
Debtor Name:   HERNANDEZ, EMIGDIO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $9,638.98 | $0.00 | $9,638.98 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $5,681.87 | $0.00 | $5,681.87 |
| 000003 070 7100-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Unsecured | | $4,436.81 | $0.00 | $4,436.81 |
| 000004 080 7200-00 | Ally Financial c/o Ally Servicing LLC P.O. Box 130424 Roseville, MN 55113 | Unsecured | | $19,812.62 | $0.00 | $19,812.62 |
| 000005 080 7200-00 | Capital One Bank (USA), N.A. PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | | $3,671.47 | $0.00 | $3,671.47 |
| 000006 080 7200-00 | Capital One Bank (USA), N.A. PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | | $5,356.75 | $0.00 | $5,356.75 |
| | Case Totals: | | | $48,598.50 | $0.00 | $48,598.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-04300
Case Name: HERNANDEZ, EMIGDIO
　　　　　　HERNANDEZ, EVA
Trustee Name: JOSEPH R. VOILAND

　　　　Balance on hand　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　$_____
　　Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Fifth Third Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ally Financial | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance       $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE