UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HERNANDEZ, EMIGDIO § Case No. 10-04300
HERNANDEZ, EVA §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/17/2012 in Courtroom 250,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HERNANDEZ, EMIGDIO § Case No. 10-04300
HERNANDEZ, EVA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 99,000.67 |
| and approved disbursements of | $ | 80,614.53 |
| leaving a balance on hand of[1] | $ | 18,386.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 8,200.03 | $ 0.00 | $ 8,200.03 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 299.33 | $ 0.00 | $ 299.33 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,499.36 |
| Remaining Balance | | $ | 9,886.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,757.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 9,638.98 | $ 0.00 | $ 4,823.37 |
| 000002 | Chase Bank USA, N.A. | $ 5,681.87 | $ 0.00 | $ 2,843.22 |
| 000003 | Fifth Third Bank | $ 4,436.81 | $ 0.00 | $ 2,220.19 |

Total to be paid to timely general unsecured creditors      $      9,886.78

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 28,840.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ally Financial | $ 19,812.62 | $ 0.00 | $ 0.00 |
| 000005 | Capital One Bank (USA), N.A. | $ 3,671.47 | $ 0.00 | $ 0.00 |
| 000006 | Capital One Bank (USA), N.A. | $ 5,356.75 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $      0.00

Remaining Balance      $      0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-04300-MB
Emigdio Hernandez                                                   Chapter 7
Eva Hernandez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2           Date Rcvd: Apr 16, 2012
                              Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2012.
db/jdb       +Emigdio Hernandez,   Eva Hernandez,   271 Melody Lane,   Carpentersville, IL 60110-1423
15058842     +Amtrust Bank,   1801 E 9th St,   Cleveland, OH 44114-3103
15058843    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
              Norcross, GA 30091)
15058845      CCB Credit Services, Inc.,   P O Box 272,   Springfield, IL 62705-0272
15058844     +Carpentersville Fire Dept,   1200 Bessinger Drive,   Carpentersville, IL 60110-2079
15058846     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16736812      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15058847     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
              Grand Rapids, MI 49546-6210
15101353     +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
15058850     +Northwest Suburban Imaging Assoc SC,   34659 Eagle Way,   Chicago, IL 60678-1346
15058852     +Sherman Hospital,   934 Center Street,   Elgin, IL 60120-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18407752     +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2012 01:34:43     Ally Financial,
              c/o Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
18498325      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2012 03:24:28     Capital One Bank (USA), N.A.,
              PO Box 248839,   Oklahoma City, OK  73124-8839
15058849     +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2012 01:34:43     G M A C,   2740 Arthur St,
              Roseville, MN 55113-1303
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15058848    ##+Fox Valley Womans Health Care,   901 Center Street, Suite 102,   Elgin, IL 60120-2120
15058851    ##+Oxford Management Services,   4180 Okeechobee Road,   Fort Pierce, FL 34947-5404
                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2012**          **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: acox                Page 2 of 2               Date Rcvd: Apr 16, 2012
                              Form ID: pdf006           Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2012 at the address(es) listed below:
              Arturo P Gonzalez    on behalf of Debtor Emigdio Hernandez art@artgonzalezlaw.com
              Jeannette M Conrad    on behalf of Creditor  Fifth Third Bank jconrad@qpwblaw.com,
               amackowiak@qpwblaw.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```