UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
HERNANDEZ, EMIGDIO                  §    Case No. 10-04300
HERNANDEZ, EVA                      §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH R. VOILAND_____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eva Hernandez |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ADVANCED MEDICAL & WELLNESS |  |  |  |  |  |
|  | AMERICAN FAMILY INSURANCE GROUP |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASSOC. IN ORTHOPEDIC SURGERY | | | | | |
| | SELEE CORPORATION | | | | | |
| | SHERMAN HOSPITAL | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| Loren Golden | | | | | |
| Loren Golden | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000004 | ALLY FINANCIAL | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 10-04300 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: HERNANDEZ, EMIGDIO | Date Filed (f) or Converted (c): | 02/04/10 (f) |
| HERNANDEZ, EVA | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending: 03/26/12 | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate -271 Melody Ln., Carpentersville, IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account Amcore Bank | 350.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account National City Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account National City Bank | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 5. miscellaneous household furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. miscellaneous gold jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Selee Corporation Employee's 401K Plan | 48,069.00 | 0.00 | DA | 0.00 | FA |
| 9. estimated 2009 tax refund | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Personal injury claim - August 25, 2009 | 100,000.00 | 85,000.00 | | 99,000.00 | FA |
| 11. 2006 Toyota Sienna - 57,000 miles | 10,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.67 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $316,419.00 | $85,000.00 | | $99,000.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/15/12   Current Projected Date of Final Report (TFR): 05/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-04300 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | HERNANDEZ, EMIGDIO | | Bank Name: | The Bank of New York Mellon |
| | HERNANDEZ, EVA | | Account Number / CD #: | *******5565 Money Market Account |
| Taxpayer ID No: | *******3091 | | | |
| For Period Ending: | 07/17/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/11 | 10 | State Farm Mutual Automobile Insurance Co. | PI settlement proceeds DEPOSIT CHECK #360315 J | 1129-000 | 99,000.00 | | 99,000.00 |
| 12/21/11 | 001001 | Loren Golden | payment of attorney fees per Court order of 12/1/2011 | 3210-000 | | 33,000.00 | 66,000.00 |
| 12/21/11 | 001002 | Loren Golden | payment of litigation expenses per Court order of 12/1/2011 | 3220-000 | | 827.17 | 65,172.83 |
| 12/22/11 | 001003 | Eva Hernandez 271 Melody Lane Carpentersville, IL 60110 | payment of personal injury exemption | 8100-002 | | 15,000.00 | 50,172.83 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 50,173.18 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 50,173.50 |
| 01/25/12 | | Transfer to Acct #*******4505 | Bank Funds Transfer | 9999-000 | | 50,173.50 | 0.00 |

| | COLUMN TOTALS | 99,000.67 | 99,000.67 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 50,173.50 | |
| | Subtotal | 99,000.67 | 48,827.17 | |
| | Less: Payments to Debtors | | 15,000.00 | |
| | Net | 99,000.67 | 33,827.17 | |

Page Subtotals 99,000.67 99,000.67

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-04300 -RG | |
| Case Name: | HERNANDEZ, EMIGDIO | |
| | HERNANDEZ, EVA | |
| Taxpayer ID No: | *******3091 | |
| For Period Ending: | 07/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4505 Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 50,173.50 | | 50,173.50 |
| 03/10/12 | 001001 | Sherman Hospital | payment of medical lien | 4210-000 | | 401.81 | 49,771.69 |
| 03/10/12 | 001002 | Advanced Medical & Wellness | | 4210-000 | | 5,375.23 | 44,396.46 |
| 03/10/12 | 001003 | Assoc. in Orthopedic Surgery | | 4210-000 | | 560.23 | 43,836.23 |
| 03/10/12 | 001004 | Selee Corporation | | 4210-000 | | 22,116.76 | 21,719.47 |
| 03/10/12 | 001005 | American Family Insurance Group | | 4210-000 | | 3,333.33 | 18,386.14 |
| 05/17/12 | 001006 | JOSEPH R. VOILAND | Trustee Compensation | 2100-000 | | 7,450.03 | 10,936.11 |
| 05/17/12 | 001007 | JOSEPH R. VOILAND | trustee expenses | 2200-000 | | 299.33 | 10,636.78 |
| 05/17/12 | 001008 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | first and final distribution | 7100-000 | | 5,189.26 | 5,447.52 |
| 05/17/12 | 001009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | first and final distribution | 7100-000 | | 3,058.90 | 2,388.62 |
| 05/17/12 | 001010 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | first and final distribution | 7100-000 | | 2,388.62 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 50,173.50 | 50,173.50 | 0.00 |
| Less: Bank Transfers/CD's | | 50,173.50 | 0.00 | |
| Subtotal | | 0.00 | 50,173.50 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 50,173.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5565 | 99,000.67 | 33,827.17 | 0.00 |
| Checking Account - ********4505 | 0.00 | 50,173.50 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 99,000.67 | 84,000.67 | 0.00 |
| Page Subtotals | 50,173.50 | 50,173.50 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-04300 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, EMIGDIO | | Bank Name: | Congressional Bank |
| | HERNANDEZ, EVA | | Account Number / CD #: | *******4505 Checking Account |
| Taxpayer ID No: | *******3091 | | | |
| For Period Ending: | 07/17/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*